3. In the event that it is determined that the Complaint in Declaratory Judgment does require a response by Ms. B.J. and her son K.J., then it is agreed that any and all affirmative defenses may be pled by Ms. B.J. and her son K.J., up to the time of trial on this matter.

| | |
|---|---|
| SUMMERS, McDONNELL, HUDOCK, GUTHRIE & SKEEL | ROBB LEONARD MULVIHILL |
| By: /s/ Peter B. Skeel | By: /s/ Robert A. Loch |
| Peter B. Skeel, Esquire<br>Pa. I.D. No. 30805<br>707 Grant Street<br>Gulf Tower, Suite 2044<br>Pittsburgh, PA 15219<br>(412) 261-3232<br>Attorney for Plaintiff | Robert A. Loch, Esquire<br>Pa. I.D. No. 55681<br>2300 One Mellon Center<br>Pittsburgh, PA 15219<br>(412) 281-5431<br>Attorney for Defendants Ms. B.J. and her son K.J. |

IT IS SO ORDERED

Date: _____   _____
                          UNITED STATES DISTRICT JUDGE

*7/28/05 — This case is progressing toward a scheduling order & will not be stayed. You are party.*

*Donetta W. Ambrose*

2